# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| CHARLES E. CARTHAGE, JR., <br><br> Plaintiff, <br> v. <br><br> DYLAN RADTKE, MARC CLEMENTS, WILLIAM J. POLLARD, JIM SCHWOCHERT, and JOHN and JANE DOES, <br><br> Defendants. | Case No. 17-CV-636-JPS <br><br><br> **ORDER** |

      Plaintiff, who is incarcerated at Dodge Correctional Institution, filed a *pro se* complaint claiming his civil rights were violated. *See* (Docket #1). Before the Court is Plaintiff's motion to compel discovery responses. (Docket #17). Plaintiff apparently served discovery requests on Defendants by mail on or about November 13, 2017. (Docket #1-1 at 1). Defendants responded by letter on November 20, 2017, noting that because the discovery deadline in this case is November 30, 2017, Plaintiff's discovery requests were not served sufficiently early to permit Defendants the full thirty days allotted under the federal and Local discovery rules in order to respond. *Id.* This is a violation of the Court's scheduling order, which states that "[a]ll requests for discovery shall be served by a date sufficiently early so that all discovery is completed no later than **Thursday, November 30, 2017**." (Docket #13 at 2) (emphasis in original). Consequently, Defendants are refusing to respond to the discovery requests. (Docket #17-1 at 1).

In his motion, Plaintiff asks for an order compelling Defendants to respond. (Docket #17). However, he offers no argument in support of the request. In particular, he gives no reason whatsoever why his late-served discovery requests should nevertheless be enforced by the Court. Further, Plaintiff does not provide evidence that he engaged in meaningful efforts to meet and confer with Defendants in an effort to resolve his concerns prior to seeking the Court's intervention, as is required by the rules of this Court. *See* Fed. R. Civ. P. 37(a)(1); Civ. L. R. 37; *Williams v. Frank*, No. 06C1051, 2007 WL 1217358, at *1 (E.D. Wis. Apr. 19, 2007). For these reasons, the Court must deny the motion.

Accordingly,

**IT IS ORDERED** that Plaintiff's motion to compel discovery responses (Docket #17) be and the same is hereby **DENIED**.

Dated at Milwaukee, Wisconsin, this 4th day of December, 2017.

BY THE COURT:

J.P. Stadtmueller
U.S. District Judge